STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant Pullen

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00829 CW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER RE: PROPERTY POSTING |
| vs. | ) | |
| | ) | |
| LAURENCE PULLEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On December 13, 2012 this Court ordered Laurence Pullen released from custody on conditions including a $75,000 bond secured by the signatures of three sureties and a home owned by Robert and Yolanda Cronin. Defense counsel estimated at the hearing that performing the necessary paperwork for the property posting could be completed by December 27, 2012.

As it turns out, completing these tasks is taking longer than expected because of the holidays. Accordingly, the defense asks that the deadline for completing all paperwork for the property posting be extended to January 9, 2013. Each surety has already signed the $75,000

//

//

STIP RE: PROPERTY POSTING
*U.S. V. PULLEN*, CR 12-00829 CW                 1

bond. Counsel for the government has no objection to this request.

December 26, 2012          /s/
                           NED SMOCK
                           Assistant Federal Public Defender
                           Counsel for Laurence Pullen

December 26, 2012          /s/
                           RODNEY VILLAZOR
                           Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS that the deadline for posting of the property owned by Robert and Yolanda Cronin is extended to January 9, 2013.

IT IS SO ORDERED.

December 27, 2012
Date                                    HON. KANDIS WESTMORE
                                        United States Magistrate Judge