UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-829 CW |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO RESET MOTION SETTING DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| LAURENCE PULLEN | ) ) | |
| Defendant. | ) ) | |

The parties jointly requested that the hearing in this matter be reset for motion setting on April 22, 2013, and that time be excluded under the Speedy Trial Act between April 1, 2013 and April 22, 2013 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The defense is engaged in analysis of the evidence and is performing investigation. Accordingly, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for motion setting on April 22, 2013 at 2:00 p.m., and that time between April 1, 2013 and April 22, 2013 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED: 3/28/2013

Hon. Claudia Wilken
Chief United States District Judge

STIP. REQ. TO RESET HEARING DATE AND TO EXCLUDE TIME
No. CR-12-829 CW